**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ALI L. CROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-cv-00651-JPG-RJD |
| | ) | |
| CHRISTOPER ZIOLKOWSKI, *et. al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on Magistrate Judge Daly's Show Cause Order [Doc. 45] of March 15, 2017. Plaintiff was ordered to Show Cause as to why this matter should not be dismissed for failing to provide the Court with a current address. He was warned that failure to respond may result in the dismissal of this suit. The Plaintiff has not responded to the Show Cause Order and the time for doing so has expired.

Federal Rule of Civil Procedure 41(b) provides that the Court may involuntarily dismiss a matter if a plaintiff fails to prosecute. Plaintiff was also warned in this Court's order referring the case to Magistrate Judge Daly as follows:

> Plaintiff is **ADVISED** that he is under a continuing obligation to keep the Clerk of Court and each opposing party informed of any change in his address; the Court will not independently investigate his whereabouts. This shall be done in writing and not later than **7 days** after a transfer or other change in address occurs. Failure to comply with this order will cause a delay in the transmission of court documents and may result in dismissal of this action for want of prosecution.

Despite the numerous warnings, plaintiff has failed to keep the court advised of his current address. As such, plaintiff has failed to diligently prosecute this matter.

Therefore, pursuant to Federal Rule of Civil Procedure 41(b), this case is **DISMISSED** without prejudice for failure to prosecute.  The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:**  4/18/2017

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**