IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALI L. CROSS, )
 )
    Plaintiff, )
 )
vs. ) Case No. 16-cv-00651-JPG-RJD
 )
CHRISTOPHER ZIOLKOWSKI, *et. al.*, )
 )
    Defendants. )

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **Christoper Ziolkowski, Michael C. Carr, Unknown Party, M. Austin, Unknown Jackson County Jail Staff, Cpl. Swift, and Cpl. Mickulas** for the alleged constitutional violation of Plaintiff's Fourteenth Amendment rights (Counts 1 and 52), for rejecting plaintiff's grievance, excessive force are dismissed with prejudice.

IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **Christoper Ziolkowski, Michael C. Carr, Unknown Party, M. Austin, Unknown Jackson County Jail Staff, Cpl. Swift, and Cpl. Mickulas** and against plaintiff **Ali L. Cross** on all claims, as Ordered and Adjudged herein.

This case is hereby **DISMISSED** in its entirety.

**DATED:** 4/18/2017

                                                  **JUSTINE FLANAGAN, Acting Clerk**

                                                  **By:** *s/Tina Gray*
                                                    **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                     **J. Phil Gilbert**
                     **United States District Judge**